JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Plaintiff,

v.

LYNETTE FINCH GRAVES, DANIEL GRAVES, HARRY GRAVES III, CAROL JOHNSTON GREEN, and TRACY HART GRAVES,

Defendants.

Case No. 8:26-cv-00726-JWH-KESx

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 17] entered on or about July 30, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 31, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE